IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY GEYER,<br>　　　　　Plaintiff,<br><br>v.<br><br>CUMBERLAND COUNTY;<br>JESSE PALMER<br>　　　　　Defendants. | NO.: 1:18-cv-00111 |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)

It is hereby stipulated and agreed by and between the undersigned counsel that Plaintiff voluntarily dismisses any and all claims asserted against Defendant, Jesse Palmer, with prejudice.

**BUZGON DAVIS LAW OFFICES**

By: _____
　　Peggy M. Morcom Esquire
　　*Attorney for Plaintiff, Kathy Geyer*

Dated:

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

By: _____
　　John P. Gonzales, Esquire
　　*Attorney for Defendant, Jesse Palmer*

Dated:

**WILLIAMS J. FERREN & ASSOCIATES**

By: _____
　　Christine E. Munion Esquire
　　*Attorney for Defendant, Cumberland County*

Dated:

By the Court:

_____
　　　　　　　　　　　　　　　　J.