# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Katie Geyer | : | |
| | : | |
| Plaintiff | : | Docket No.: 1:18-cv-00111 |
| | : | |
| v. | : | |
| | : | |
| Cumberland County and Jesse Palmer | : | |
| | : | |
| Defendants | : | |

## ORDER TO SETTLE, DISCONTINUE AND END

TO THE COURT:

Kindly mark the above-captioned matter Settled, Discontinued and Ended.

Respectfully submitted,

_____*/s/ Peggy M. Morcom*_____
Peggy M. Morcom, Esquire
Attorney for Plaintiff